TRAVELERS INSURANCE COMPANY, Plaintiff, v. EDWARD VOIGT, Defendant.—

1012

Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.